IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARY HARRIS, | Civil Action File No. |
| | 1:22-cv-1064-AT |
| Plaintiff, | |
| v. | |
| WAL-MART STORES EAST, LP, | |
| Defendant. | |

NOTICE OF SETTLEMENT

Comes now Defendant, and notifies the Court that this case has settled. The parties will present to the Court a Consent Order for Dismissal With Prejudice shortly.

McLAIN & MERRITT, P.C.

/s/ Nicholas E. Deeb
Nicholas E. Deeb
Georgia Bar No. 117025
Attorney for Defendant
WAL-MART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 365-4535
ndeeb@mmatllaw.com

-2-

**CERTIFICATE OF SERVICE**

This is to certify that on November 14, 2022, I electronically filed a <u>NOTICE OF SETTLEMENT</u> with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

                         McLAIN & MERRITT, P.C.

                         <u>/s/ Nicholas E. Deeb</u>
                         Nicholas E. Deeb
                         Georgia Bar No. 117025
                         Attorney for Defendant
                         WAL-MART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 365-4535
ndeeb@mmatllaw.com