IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARY HARRIS, | : | |
| Plaintiff, | : | |
| v. | : | |
| WAL-MART STORES EAST, L.P., | : | CIVIL ACTION NO. |
| | : | 1:22-cv-1064-AT |
| Defendant. | : | |

## ORDER

The Court has been advised that the parties have reached a settlement and dismissal is forthcoming [Doc. 19].

As no matters remain pending before the Court, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this action. The parties are directed to file a stipulation of dismissal within **SIXTY (60) DAYS** of the entry date of this Order. Should settlement not be consummated by that time, the Parties may move to reopen this action.

It is further **ORDERED** that the Court retains jurisdiction to vacate this order of dismissal and to reopen the action, if necessary. If neither a stipulation of dismissal nor a motion to re-open the case are filed within the sixty days, this action will be dismissed with prejudice.

**SO ORDERED** this 14th day of November, 2022.

_____
**Amy Totenberg**
**United States District Judge**